United States District Court
Southern District of Texas
**ENTERED**
October 16, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NATIONAL TRUST INSURANCE COMPANY, | § § § § | |
| *Plaintiff.* | § § | |
| VS. | § § § | CIVIL ACTION NO. 4:20-CV-01826 |
| FIGURE FOUR PARTNERS, LTD., ET AL., | § § § § | |
| *Defendants.* | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On September 14, 2020, Defendants' Motion to Abstain (Dkt. 13) was referred to United States Magistrate Judge Andrew M. Edison pursuant to 28 U.S.C. § 636(b)(1)(B). Dkt. 22. On September 30, 2020, Judge Edison filed a Memorandum and Recommendation (Dkt. 28) recommending that Defendants' Motion to Abstain (Dkt. 13) be **GRANTED**.

On October 14, 2020, Intervenor, Traveler's Indemnity Company of America, and Plaintiff, National Trust Insurance Company, filed their Objections. In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the Objections; the Memorandum and Recommendation; the pleadings; and the record. The Court **ACCEPTS** Judge Edison's Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 28) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) Defendants' Motion to Abstain (Dkt. 13) is **GRANTED**; and

(3) This case is **DISMISSED**.

It is so **ORDERED**.

SIGNED and ENTERED this 16th day of October 2020.

*George C. Hanks Jr.*
GEORGE C. HANKS JR.
UNITED STATES DISTRICT JUDGE